1  STEVENS & O'CONNELL LLP
2  GEORGE L. O'CONNELL (74037)
   CRAIG C. ALLISON (159437)
3  400 Capitol Mall, Suite 1400
   Sacramento, California 95814
4  Telephone: (916) 329-9111
   Facsimile: (916) 329-9110
5
   Attorneys for Defendant
6  Lawrence Sambado

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | CASE NO.   2:08-CR-0139 GEB |
| 11              Plaintiff, | Related Case No. 2:08-CR-0140 GEB |
| 12  v. | 2:08-CR-0141 GEB<br>2:08-CR-0142 GEB |
| 13  LAWRENCE SAMBADO, | 2:08-CR-0143 GEB |
| 14              Defendant. | **[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE** |
| 15 | |
| 16 | |
| 17  AND RELATED CASES. | |
| 18 | |

19
20   Based on the Stipulation and Request to Continue Sentencing Date filed by Defendants
21  Lawrence Sambado, Beverly Sambado, Timothy Sambado, Marie Josee Dusablan-Sambado and
22  Richard Sambado ("Defendants") and Plaintiff, the United States of America, in the above-
23  referenced related cases, the Court hereby orders that the sentencing of Defendants in these
24  related cases, presently set for September 5, 2008, is continued to October 17, 2008, and all other
25  dates related to the preparation and delivery of any comments or objections to the pre-sentence
26  reports, and all other submittals and filings related to sentencing, shall be calculated based on the
27  October 17, 2008 sentencing date.
28

1

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | 8/8/08 |
| | *[signature]* |
| | HON. GARLAND E. BURRELL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE