STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
Beverly Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. BEVERLY SAMBADO, Defendant. | CASE NO.   2:08-CR-0140 GEB<br><br>Related Case No.: 2:08-CR-0139 GEB<br>2:08-CR-0141 GEB<br>2:08-CR-0142 GEB<br>2:08-CR-0143 GEB<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE OF BEVERLY SAMBADO <u>ONLY</u>** |
|---|---|
| AND RELATED CASES. | |

Based on the Stipulation and Request to Continue Sentencing Date filed by Defendant Beverly Sambado and Plaintiff, the United States of America, the Court hereby orders that the sentencing of Defendant Beverly Sambado presently set for October 17, 2008, is continued to December 5, 2008, and all other dates related to the preparation and delivery of any comments or objections to the pre-sentence reports, and all other submittals and filings related to sentencing, shall be calculated based on the December 5, 2008 sentencing date.

IT IS SO ORDERED.

Dated: 9/26/08

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

**[PROPOSED] ORDER RE CONTINUANCE OF SENTENCING DATE OF BEVERLY SAMBADO <u>ONLY</u>**