STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS (122066)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
RICHARD SAMBADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00143-GEB-1 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs. | |
| RICHARD SAMBADO, | |
| Defendant. | |

Defendant Richard Sambado and the government hereby stipulate that due to pressing business issues, Richard Sambado's reporting date should be continued for three days, from October 30, 2009, to November 2, 2009.

Dated: October 16, 2009          STEVENS, O'CONNELL & JACOBS  LLP


                                 By:   /s/ Matthew G. Jacobs
                                       MATTHEW G. JACOBS
                                       Attorneys for Defendant
                                       RICHARD SAMBADO

Dated:  October 15, 2009        UNITED STATES ATTORNEY

                                By: /s/ Benjamin B. Wagner (as authorized on 10/15/09)
                                    BENJAMIN B. WAGNER
                                    Assistant U.S. Attorney

### ORDER

The date by which Richard Sambado is to report to the Bureau of Prisons' designated facility is continued from October 30, 2009 to November 2, 2009.

IT IS SO ORDERED.

Dated:  October 16, 2009

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge