UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

          RE:    Richard SAMBADO
                Docket Number:  2:08CR00143-01
                PERMISSION TO TRAVEL
                OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Cabo San Lucas, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 17, 2008, Mr. Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**   5 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; and $1,362.33 Bill of Costs.  **Special Conditions:**   Warrantless search; Financial disclosure; Drug/alcohol testing; Home detention for a period of 150 days with electronic monitoring; and Co-payment for testing.

**Dates and Mode of Travel:**   Mr. Sambado plans to fly to Cabo San Lucas, Mexico on or about November 8, 2010, and return on November 15, 2010.  Once he obtains the Court's permission, he will book his flight and hotel accommodations.

**Purpose:**  Honeymoon.

**RE:    Richard SAMBADO**
       **Docket Number:  2:08CR00143-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                              Respectfully Submitted,


                              /s/ Kris M. Miura
                              **KRIS M. MIURA**
                              **United States Probation Officer**


**DATED:**   October 21, 2010
            Elk Grove, California
            KMM/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X                    **Disapproved** _____

Dated:   October 22, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge